**Exhibit A to the Complaint**

**Location:** Englewood, NJ  
**Total Works Infringed:** 26  
**IP Address:** 68.172.239.51  
**ISP:** Spectrum

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | A697DE308520A74A35929A48D834E6A10747F054 | Blacked | 11/04/2018 17:36:45 | 10/07/2018 | 10/16/2018 | PA0002127790 |
| 2 | 025477E817FDAD26E20E85603DCEC00D1BD5DA68 | Blacked | 11/05/2018 00:10:29 | 09/02/2018 | 11/01/2018 | 17093751603 |
| 3 | 05A7B52E88CC9418AD100770A8B91C7FCBB1C243 | Blacked Raw | 04/25/2018 05:08:50 | 04/22/2018 | 05/24/2018 | PA0002101381 |
| 4 | 1D8C99B00AD138010A90E2C90CAF50FD026C7A08 | Blacked | 11/04/2018 17:24:05 | 10/17/2018 | 10/28/2018 | PA0002130456 |
| 5 | 1E30CD089A57F0DDC28EA43870B6C93F25DC8498 | Blacked Raw | 11/04/2018 17:22:53 | 09/14/2018 | 11/01/2018 | 17093717743 |
| 6 | 25412619901223813B7D2C03CDA34FF74B4EDE3E | Blacked Raw | 11/04/2018 17:22:59 | 10/29/2018 | 12/09/2018 | 17210231093 |
| 7 | 259A2C3790345E1C8DE8609B1D36987D0AA87E7C | Blacked | 11/04/2018 17:41:59 | 10/12/2018 | 10/28/2018 | PA0002130455 |
| 8 | 284E4E396F1F787478E836FEEF797DE00E33D5E4 | Blacked Raw | 11/04/2018 17:22:21 | 10/14/2018 | 11/01/2018 | 17093717793 |
| 9 | 29F0F5ED49FAB6834A87FF289AA7A016D5BCA1F5 | Blacked | 05/03/2018 05:04:46 | 04/30/2018 | 05/24/2018 | PA0002101364 |
| 10 | 47BF158F64C12785E111714AF9A6D0C692778D77 | Blacked | 10/04/2017 13:31:40 | 10/02/2017 | 10/10/2017 | PA0002086142 |
| 11 | 5264FF1CA20A869CA00A84EF194A50DD3CD7B93A | Blacked | 09/26/2017 02:46:06 | 08/28/2017 | 09/15/2017 | PA0002052848 |
| 12 | 6485D2C06BE7023990B69BE93812D5066B963ED4 | Blacked | 04/25/2018 04:30:29 | 04/20/2018 | 05/23/2018 | PA0002101307 |
| 13 | 65CF8DA2D031F334F39B20014B15DA107B9EAA15 | Blacked | 09/02/2017 15:24:54 | 08/08/2017 | 08/18/2017 | PA0002077679 |
| 14 | 69BA9C8EC6B3C2D9FB6CD545B85991237BC901C2 | Blacked Raw | 11/04/2018 17:24:41 | 09/09/2018 | 10/16/2018 | PA0002127792 |
| 15 | 763A6FC5F201546394575CD7601D8C2D7DBD3AE7 | Blacked Raw | 11/04/2018 17:31:18 | 09/04/2018 | 11/01/2018 | 17093718081 |
| 16 | 7C627BDADFCB1575B894A71C66ADFFB95C6EFAFE | Blacked Raw | 11/04/2018 17:22:35 | 10/24/2018 | 11/25/2018 | PA0002137640 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 88F141141A30BFF7CE73552E3E170D8D0E470CBF | Blacked Raw | 11/04/2018 17:22:56 | 10/04/2018 | 10/16/2018 | PA0002127787 |
| 18 | 901129DA9629352ECBB99FF90FE06A5F749AF4DD | Blacked | 09/25/2017 17:55:28 | 09/12/2017 | 09/15/2017 | PA0002052846 |
| 19 | 9A00DC56773A2DAF8A9BFE17C2984A51122FB78E | Blacked | 11/04/2018 17:25:14 | 09/17/2018 | 10/16/2018 | PA0002127778 |
| 20 | 9E77DF7FCCB30D04DC6500C39CC3EF0AA2B48257 | Blacked | 09/25/2017 17:36:43 | 09/02/2017 | 09/15/2017 | PA0002052847 |
| 21 | A5DAB5C75BEE5E7712B44AB312CC175F0E036C7B | Blacked | 09/25/2017 17:43:30 | 09/17/2017 | 10/10/2017 | PA0002086174 |
| 22 | AFA4C44023577E2A90E1CFA8DB69A6F5D035B1D2 | Blacked | 09/25/2017 18:51:55 | 09/07/2017 | 09/15/2017 | PA0002052840 |
| 23 | F15A3D34FF0FD051292EC25A6DBB3F574863F6E2 | Blacked Raw | 04/25/2018 04:30:30 | 04/17/2018 | 05/23/2018 | PA0002101308 |
| 24 | F518524A3E8B5819DB451A88F725D979F728EC34 | Vixen | 09/25/2018 21:56:42 | 08/12/2018 | 09/01/2018 | PA0002119680 |
| 25 | F679391ED7AA38CC22B99756D9BFE6FE26F96FCA | Blacked Raw | 05/03/2018 05:11:13 | 04/27/2018 | 05/24/2018 | PA0002101367 |
| 26 | FD622BCB0843A8B0A5C4FAAD98CA90F0DC55A559 | Blacked | 09/25/2017 18:14:17 | 09/22/2017 | 10/10/2017 | PA0002057455 |